# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

LaWanda King,

Plaintiff(s),

v.

Ford Motor Company,

Defendant(s).

Case No. 13-cv-7967
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Defendant Ford Motor Company and against the plaintiff LaWanda King.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion for summary judgment

Date: 9/29/2015                                   Thomas G. Bruton, Clerk of Court

                                                  Carmen Acevedo , Deputy Clerk